IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

METAL-FAB, INC.,                              )
As Sponsor, Administrator, and               )
Fiduciary of the Metal-Fab, Inc.             )
Group Benefit Plan, and on behalf of         )
Mutual Assurance Administrators, Inc.        )
and the Metal-Fab, Inc. Group                )
Benefit Plan,                                )
                                             )
                    Plaintiffs,              )
                                             )
v.                                           )      Case No. 6:13-CV-01439
                                             )
PAUL HOGAN, LAW OFFICE OF                    )
PAUL HOGAN, LLC., JENNIFER                   )
CLAIBORNE on her own behalf,                 )
and JENNIFER CLAIBORNE,                      )
NATURAL MOTHER OF B.C.,                      )
                                             )
                    Defendants.              )

**<u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to D. Kan. Rule 83.5.4., I move that Mark D. Spencer be admitted to practice in

the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in

compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are

signed and filed by said attorney.  I also agree that I will participate meaningfully in the

preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of

this motion, and have sent a proposed order granting this motion to chamber's email address.  I

have also verified that the information contained in the affidavit is true and accurate.

*s/ S. Gregory Frogge*
S. Gregory Frogge, Kansas Bar No. 14510
McAFEE & TAFT, A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma  73102-7101
(405) 235-9621 (telephone)
(405) 235-0439 (facsimile)
greg.frogge@mcafeetaft.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to any ECF registrants for this case:

Paul Hogan, Esq.
Law Office of Paul Hogan, LLC.
928 S. Broadway
Wichita, KS  67211
(316) 303-1144 (telephone)
(316) 303-1411 (facsimile)
paul@paulhoganllc.com

ATTORNEY FOR PAUL HOGAN, LAW OFFICE
OF PAUL HOGAN, LLC, JENNIFER
CLAIBORNE on her own behalf, and JENNIFER
CLAIBORNE, NATURAL MOTHER OF B.C.

*s/ S. Gregory Frogge*
S. Gregory Frogge